IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY D. JUSTICE, II,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-673 |
| | : | |
| **SLR SENIOR INVESTMENT CORP.,** *et al.,* | : | |
| | : | |
| | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 3rd day of May 2022, upon consideration of the Parties' Notice of Voluntary Dismissal (ECF No. 2), **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE**, without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the agreement of counsel.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**